**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**iPic Entertainment Inc.,** *et al.***,**<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11737 (LSS) |

PLEASE TAKE NOTICE that National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC") hereby withdraw its "Transfer of Claim" document (ECF 10) because it was not filed in the lead case for the above-captioned debtors. NUFIC will refile the document in the lead case, Case No. 19-11739 (LSS).

Dated:  May 15, 2020
        Port Washington, New York

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

By Its Attorneys,
ADAM L. ROSEN PLLC

*/s/ Adam L. Rosen*

---

Adam L. Rosen
2-8 Haven Avenue, Suite 220
Port Washington, New York 11050
Telephone: (516) 407-3756
adam.rosen@ALRcounsel.com